JASON A. GELLER (SBN 168149)
Email: jgeller@fisherphillips.com
HYUNKI (JOHN) JUNG (SBN 318887)
Email: hjung@fisherphillips.com
**FISHER & PHILLIPS LLP**
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant ChanceLight, Inc.
(erroneously sued as "Chancelight Education")

Nicol E. Hajjar, Esq. (SBN 303102)
nicol@wilshirelawfirm.com
Nathan Kingery, Esq. (SBN 309920)
nkingery@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff
Melissa McEvoy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa McEvoy, an individual,<br><br>                         Plaintiff,<br><br>     v.<br><br>Chancelight Education, a Tennessee entity; Matthew Ducey, an individual; and DOES 1 through 30, inclusive,<br><br>                         Defendants. | CASE NO.: 4:24-cv-00270-HSG<br><br>*[Removed from Contra Costa County Superior Court, Case No. C23-03029]*<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER**<br><br><br>Complaint Filed: November 29, 2023<br>FAC Filed:            January 31, 2024<br>Trial Date:             Not Set |

IT IS HEREBY STIPULATED between Plaintiff Melissa McEvoy and Defendant ChanceLight, Inc. (erroneously sued as "Chancelight Education"), by and through their respective attorneys of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's First Cause of Action for "Failure to Prevent Discriminatory Practices (Government Code § 12940 (k))" and Second Cause of Action for "Fair Employment & Housing Act Retaliation (Government Code § 12940 (h))" be DISMISSED WITHOUT PREJUDICE. The Parties further stipulate that each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: February 13, 2024                FISHER & PHILLIPS LLP

                                        By:   */s/ Hyunki (John) Jung*
                                              Jason A. Geller
                                              Hyunki (John) Jung

                                              Attorneys for Defendant
                                              ChanceLight, Inc. (erroneously sued as
                                              "Chancelight Education")

Dated: February 13, 2024                WILSHIRE LAW FIRM

                                        By:   */s/ Nathan Kingery*
                                              Nathan Kingery

                                              Attorneys for Plaintiff
                                              Melissa McEvoy

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        By:   */s/ Hyunki (John) Jung*
                                              Hyunki (John) Jung

                                              Attorneys for Defendant
                                              ChanceLight, Inc. (erroneously sued as
                                              "Chancelight Education")

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that Plaintiff's First Cause of Action for "Failure to Prevent Discriminatory Practices (Government Code § 12940 (k))" and Second Cause of Action for "Fair Employment & Housing Act Retaliation (Government Code § 12940 (h))" are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: 2/14/2024     By: *Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge