UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA MCEVOY,

        Plaintiff,

v.

CHANCELIGHT EDUCATION, et al.,

        Defendants.

Case No. 24-cv-00270-HSG

**SCHEDULING ORDER**

A case management conference was held on April 23, 2024. Having considered the parties' proposals, *see* Dkt. No. 26, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 21, 2024 |
| Close of Fact Discovery | September 20, 2024 |
| Exchange of Opening Expert Reports | October 4, 2024 |
| Exchange of Rebuttal Expert Reports | October 25, 2024 |
| Close of Expert Discovery | November 8, 2024 |
| Dispositive Motion Hearing Deadline | January 9, 2025, at 2:00 p.m. |
| Pretrial Conference | April 15, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | May 5, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/24/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge