UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MCEVOY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHANCELIGHT EDUCATION, et al.,<br><br>    Defendants. | Case No. 24-cv-00270-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on August 27, 2024. Having considered the parties' proposal, *see* Dkt. No. 45, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | December 20, 2024 |
| Dispositive Motion Hearing Deadline | January 23, 2025, at 2:00 p.m. |
| Exchange of Opening Expert Reports | February 7, 2025 |
| Exchange of Rebuttal Expert Reports | March 7, 2025 |
| Close of Expert Discovery | March 14, 2025 |
| Pretrial Conference | April 15, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | May 5, 2025, at 8:30 a.m. |

//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.  This
3 terminates Dkt. No. 40.

**IT IS SO ORDERED.**

Dated: 8/29/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge