Nathan Kingery, Esq. (SBN 309920)
nathan.kingery@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
Attorneys for Plaintiff
Melissa McEnvoy

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa McEvoy, an individual,<br><br>Plaintiff.<br>-vs.-<br><br>Chancelight Education, a Tennessee entity; Matthew Ducey, an individual; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No: 4:24-cv-00270-HSG<br><br>Assigned for all purposes to: Honorable Haywood S. Gilliam, Jr., District Judge<br><br>STIPULATION OF DISMISSAL (F.R.C.P. RULE 41A) AND ORDER OF DISMISSAL |

Plaintiff Melissa McEvoy and Defendants Chancelight Education and Matthew Ducey hereby stipulate under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: November 5, 2024

**WILSHIRE LAW FIRM**
A Professional Law Corporation

By: *[signature]*

Nathan Kingery, Esq.
Attorney for Plaintiff, Melissa McEvoy

- 1 -
STIPULATION TO DISMISS

Dated: November 5, 2024                    FISHER & PHILLIPS LLP

                                    By:   John Jung /s/
                                          Jason A. Geller
                                          Hyunki (John) Jung
                                          Attorneys for Defendants ChanceLight, Inc.
                                          (erroneously sued as "Chancelight Education")
                                          and Matthew Ducey

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  11/5/2024

*[signature]*
Honorable Haywood S. Gilliam, Jr.,
District Judge